U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV 20 PM 3: 12

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Case No. 2:25-cr-135-1
)
JUAN PABLO ESPINOZA-MORALES )
)
Defendant. )

### INDICTMENT

The Grand Jury charges:

### Counts One through Nine
(Bringing Aliens to the United States for Private Financial Gain)

On or about the October 21, 2025, in the District of Vermont and elsewhere, the defendant, JUAN PABLO ESPINOZA-MORALES, knowing and in reckless disregard of the fact that certain persons, specifically:

| Count | Alien's Initials |
|-------|------------------|
| 1     | Y.A.C.           |
| 2     | R.C.M.           |
| 3     | E.C.H.           |
| 4     | G.D.C.           |
| 5     | E.D.A.           |
| 6     | J.D.M.           |
| 7     | M.R.A.           |
| 8     | N.P.P.           |
| 9     | C.D.S.           |

were aliens without prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of private financial gain.

(8 U.S.C. §§ 1324(a)(2), (a)(2)(B)(ii))

## Count Ten
**(Illegal Entry)**

On or about October 21, 2025, in the District of Vermont and elsewhere, the defendant, JUAN PABLO ESPINOZA-MORALES, being an alien, did knowingly and illegally enter the United States at a place other than as designated by an immigration official.

(8 U.S.C. § 1325(a))

TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant U.S. Attorney
Chief, Criminal Division

DAVID GOLUBOCK
Assistant U.S. Attorney
Burlington, Vermont
November 20, 2025